IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 08-CV-0324 (RMU) |
| EXTREME GRANITE, INC., ) | |
| Defendant. ) | |

**DECLARATION OF IRA R. MITZNER IN SUPPORT OF
SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and counsel to the Plaintiffs in the above-captioned case.

2. The process server hired by Plaintiffs attempted, unsuccessfully, on March 4, 2008 and again on March 9, 2008 to serve process in this action on Defendant at 46717 Sundance Trail, Parker, Colorado 80138, listed in the Colorado Secretary of State Records as the address of Rodney Pobar, Registered Agent for Extreme Granite, Inc. Attached hereto as Exhibit A is the Return of Service prepared by Lorri Simpson relating to her unsuccessful efforts to serve Defendant at the Registered Agent's address.

3. Process Server, Lori Simpson subsequently made an unsuccessful attempt to serve process in this action at 794 Ventura Street, Aurora, Colorado 80011, the last known business address of Extreme Granite, Inc. Attached hereto as Exhibit B is the Return of Service prepared by Lorri Simpson relating to her unsuccessful attempt to serve Defendant at this location.

4. Because the process server hired by Plaintiffs was unsuccessful in her efforts to serve process on Defendant, a copy of the Summons, Complaint, Notice of Right to Consent to Trial, and Initial Electronic Case Filing Order in this action were served on Defendant by mailing said documents on June 10, 2008, via United States Postal Service Certified Mail, Return Receipt Requested to Extreme Granite, Inc., 794 Ventura Street #D, Aurora, CO 80011, pursuant to Colorado Revised Statutes 7-90-704(2). A copy of the June 10, 2008 letter to Extreme Granite, Inc., transmitting such documents is attached hereto as Exhibit C. Defendant was deemed served with process on June 15, 2008, five days after the mailing of said documents, pursuant to Colorado Revised Statutes 7-90-704(2)(c). A copy of the Stamped Certified Mail Receipt showing proof of such mailing on June 10, 2008 is attached hereto as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 22, 2007

_____
Ira R. Mitzner

DSMDB-2447400

# EXHIBIT A

1920270

RETURN OF SERVICE

I, the undersigned, being at least 18 years of age, declare under penalty of perjury that I served this: Summons, Complaint
of which this is a true copy, on the named party(s) in the manner(s) indicated below:

Name of Person Served: Extreme Granite Inc c/o Rodney Poban, Agent
Address of service: 46717 Sundance Trail, Parker, CO 80138

( ) by delivering it to the person(s) identified to me as: _____

If the person on whom service was made is not the named party to be served, I served the above named documents in the following manner:

( ) by leaving it with _____, relationship _____ who refused service.

( ) by leaving it with a person of suitable age and discretion at the party's residence or business:
    name: _____, relationship _____

( ) I have made diligent efforts but have been unable to make personal service therefore I have made service
    on _____ by posting a copy of it in a conspicuous place upon the premises described therein.

(✓) I attempted to serve the defendant on __2__ occasions but have not been able to locate the defendant.
    Return to the client is made on __3/20__, 2008 (date)
Property has a locked gate across driveway + 6 huge dogs wandering acreage. 3/4/08 5:00pm and 3/9/08 10:00 Am

Executed on __3/20__, 2008, __10:00 pm__, time, at the City of __Parker__
County of __Douglas__, State of Colorado.

Process server: __Lori J Simpson__    Fee $ __50.00__
Lori Simpson of Aces High Special Investigation Services, Douglas County, Colorado
P.O. Box 686, Parker, CO 80134
Telephone: 303-805-5216

Submitted and affirmed, or sworn to before me in the County of __Douglas__, State of __CO__, this __20th__ day of __March__, 2008.

My commission expires: __4/1/12__    Notary Public

# EXHIBIT B

Case 1:08-cv-00324-RMU     Document 2     Filed 07/22/2008     Page 5 of 10

1920270

RETURN OF SERVICE

I, the undersigned, being at least 18 years of age, declare under penalty of perjury that I served this: **Summons + Complaint**
of which this is a true copy, on the named party(s) in the manner(s) indicated below:
Name of Person Served: **Extreme Granite Inc c/o Rodney Pobar, Agent**
Address of service: **794 Ventura St #C, Aurora, Co 80011**
( ) by delivering it to the person(s) identified to me as: _____

If the person on whom service was made is not the named party to be served, I served the above named documents in the following manner:

( ) by leaving it with _____, relationship _____ who refused service.

( ) by leaving it with a person of suitable age and discretion at the party's residence or business:
    name: _____, relationship _____

( ) I have made diligent efforts but have been unable to make personal service therefore I have made service
    on _____ by posting a copy of it in a conspicuous place
    upon the premises described therein.

(✓) I attempted to serve the defendant on __1__ occasions but have not been able to locate the defendant.
    Return to the client is made on __3/20__, 2008 (date)
**Unit is used as storage, no office here or anyone on the premise.**

Executed on __3/19__, 2008, __9:00pm__ time, at the City of __Aurora__.
County of __Adams__, State of Colorado.

Process server: **Lori J Simpson**    Fee$ __—__
Lori Simpson of Aces High Special Investigation Services, Douglas County, Colorado
P.O. Box 686, Parker, CO 80134
Telephone: 303-805-5216

Submitted and affirmed, or sworn to before me in the County of __Douglas__, State of __Co__, this __19th__ day of __March__, 20__08__.

My commission expires: __4/1/12__        _____
                                          Notary Public

[Notary Seal: PHILLIP W. STERLING, NOTARY PUBLIC, STATE OF COLORADO]

# EXHIBIT C

1920270

## DICKSTEINSHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

June 10, 2008

BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Extreme Granite, Inc.
794 Ventura Street, #D
Aurora CO  80011

Re:   Flynn et al., v. Extreme Granite, Inc., 07-0324 (RMU)

Dear Sir/Madam:

This firm represents the Bricklayers and Trowel Trades International Pension Fund ("IPF").

You are hereby served with process, pursuant to Rule 4(e)(1), Federal Rules of Civil Procedure and Colorado Revised Statutes 7-90-704, with the documents listed below in connection with the lawsuit filed on behalf of the IPF against Extreme Granite, Inc., in the United States District Court for the District of Columbia:

- A copy of the Summons
- A copy of the Complaint
- A Notice of Right to Consent to Trial Before United States Magistrate Judge
- An Initial Electronic Case Filing Order

Should you have any questions, please feel free to contact me at my number below, or my paralegal, Claudette Elmes, at (202) 420-4729.

Very truly yours,

*Ira R. Mitzner /by cme*

Ira R. Mitzner
(202) 420-2234
mitzneri@dicksteinshapiro.com

IRM/cme
Enclosures

DSMDB.2453069

Washington, DC | New York, NY | Los Angeles, CA

# EXHIBIT D

1920270

