UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　)<br>　　　　　v. 　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>EXTREME GRANITE, INC., 　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant. 　　　)<br>　　　　　　　　　　　　　　　) | Case No. 08-CV-0324 (RMU) |

### **NOTICE OF ERRATA**

On July 22, 2008 plaintiffs in the above-captioned matter filed a Declaration of Ira R. Mitzner in Support of Service of Summons and Complaint. The Certificate of Service inadvertently was omitted when the Declaration was filed. Accordingly, Plaintiffs hereby submit a copy of the certificate of service.

Dated: July 22, 2008

Respectfully submitted,

_/s/ Ira R. Mitzner_
Ira R. Mitzner (DC Bar No. 184564)
Charles V. Mehler III (DC Bar No. 475909)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403
(202) 420-2234
*Counsel for Plaintiffs*

2474463

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Declaration of Ira R. Mitzner in Support of Service of Summons and Complaint was served by first-class mail, postage prepaid, on the 22nd day of July 2008 upon:

>Extreme Granite, Inc.
>c/o Rodney Pobar, Agent for Service of Process
>46717 Sundance Trail
>Parker, CO  80138
>
>Extreme Granite, Inc.
>794 Ventura Street, #D
>Aurora, CO  80011

Claudette Elmes

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Errata was served by first-class mail, postage prepaid, on the 22nd day of July 2008 upon:

Extreme Granite, Inc.
c/o Rodney Pobar, Agent for Service of Process
46717 Sundance Trail
Parker, CO  80138

Extreme Granite, Inc.
794 Ventura Street, #D
Aurora, CO  80011

_____
Claudette Elmes