CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
_____ Plaintiff(s)

vs.                                                    Civil Action No. 08-0324 (RMU)

EXTREME GRANITE, INC.
_____ Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __22nd__ day of __July__, __2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) EXTREME GRANITE, INC. was [were] (select one):

☐  personally served with process on _____.

☐  served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☐  served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☑  The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: Service by Certified Mail pursuant to Colorado Revised Statutes 7-90-704(2) and Rule FRCP 4(e)(1) which provides for service by following state law in the state where service is made.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑  no extension has been given and the time for filing has expired
☐  although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

IRA R. MITZNER
DICKSTEIN SHAPIRO LLP
1825 EYE STREET, NW
WASHINGTON, DC 20006
(202) 420-2200

184564
Bar Id. Number                                         Name, Address and Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit in Support of Default was served by first class mail, postage prepaid, this 22nd day of July 2008, upon:

>Extreme Granite, Inc.
>c/o Rodney Pobar, Agent for Service of Process
>46717 Sundance Trail
>Parker, CO 80138
>
>Extreme Granite, Inc.
>794 Ventura Street, #D
>Aurora, CO 80011

_____
Chanda Morgan

2474187