IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EXTREME GRANITE, INC., )<br>)<br>Defendant. )<br>) | Case No. 08-CV-0324 (RMU) |

**PLAINTIFFS' MOTION AND INCORPORATED MEMORANDUM
IN SUPPORT THEREOF FOR ENTRY OF DEFAULT AGAINST DEFENDANT**

Plaintiffs, John Flynn, et al., as Trustees of the Bricklayers and Trowel Trades International Pension Fund ("IPF"), by their attorneys, hereby move this Court, to enter default against Defendant, Extreme Granite, Inc., for failure to file an answer to the Complaint filed in this action.

1. On February 25, 2008, Plaintiffs filed a Complaint against Defendant for delinquent fringe benefit contributions due Plaintiffs by Defendant.

2. The process server hired by Plaintiffs attempted, unsuccessfully, on March 4, 2008 and again on March 9, 2008 to serve process in this action on Defendant at 46717 Sundance Trail, Parker, Colorado 80138, listed in the Colorado Secretary of State Records as the address of Rodney Pobar, Registered Agent for Extreme Granite, Inc. Attached hereto as Exhibit A is the Return of Service prepared by Lorri Simpson relating to her unsuccessful efforts to serve Defendant at the Registered Agent's address.

3. Process Server Lori Simpson subsequently made an unsuccessful attempt to serve process in this action at 794 Ventura Street, Aurora, Colorado 80011, the last known business

2475618

address of Extreme Granite, Inc. Attached hereto as Exhibit B is the Return of Service prepared by Lorri Simpson relating to her unsuccessful attempt to serve Defendant at this location.

4. Because the process server hired by Plaintiffs was unsuccessful in her efforts to serve process on Defendant, a copy of the Summons, Complaint, Notice of Right to Consent to Trial, and Initial Electronic Case Filing Order in this action were served on Defendant by mailing said documents on June 10, 2008, via United States Postal Service Certified Mail, Return Receipt Requested to Extreme Granite, Inc's principal address, 794 Ventura Street #D, Aurora, CO 80011, pursuant to Colorado Revised Statutes section 7-90-704(2). A copy of the June 10, 2008 letter to Extreme Granite, Inc., transmitting such documents is attached hereto as Exhibit C; and a copy of the Stamped Certified Mail Receipt showing proof of such mailing on June 10, 2008 is attached hereto as Exhibit D.

5. On July 22, 2008, Counsel for Plaintiffs filed (i) a Declaration in Support of Service of the Summons and Complaint and (ii) an Affidavit in Support of Default with the Court.

6. On July 24, 2008, the office of Plaintiffs' counsel received a call from Nicole Wilkins, Clerk of the Court, requesting that Plaintiffs file a Motion for Entry of Default to be approved by the Judge because Plaintiffs had not provided the Court with proof that Defendant actually received the Summons and Complaint.

7. The Colorado Statute upon which Plaintiffs rely for proof of service of the Summons and Complaint on Defendant Extreme Granite, Inc. provides that:

> [I]f the registered agent cannot with reasonable diligence be served, the entity may be served by . . . certified mail, return receipt requested, addressed to the entity at its principal address. Service is perfected under this subsection . . . at the earliest of:
>
> (a) The date the entity receives the process, notice, or demand;

2475618

 (b) The date shown on the return receipt, if signed on behalf of the entity, or

 (c) *Five days after mailing.*

Colo. Rev. Stat. § 7-90-704(2) (emphasis added).

 8. As outlined in Paragraph 2 above, Plaintiffs served defendant by certified mail on June 10, 2008. Accordingly, Defendant was deemed served with process on June 15, 2008, five days after the mailing of said documents, pursuant to Colorado Revised Statutes 7-90-704(2)(c) and FRCP 4(e)(1) which provides for service by following state law in the state where service is made.

 9. Therefore, Defendant's answer to the Complaint was due on July 7, 2008. Defendant has failed to file an answer within 20 days of the date of service. Accordingly defendant is default.

 WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for entry of default against Defendant, Extreme Granite, Inc.

Date: July 25, 2008         Respectfully submitted,

              By:  /s/_____
                Ira R. Mitzner, (DC Bar No. 184564)
                Charles V. Mehler III, (DC Bar No.475909)
                DICKSTEIN SHAPIRO LLP
                1825 Eye Street, N.W.
                Washington, DC 20006
                (202) 420-2234

                Attorneys for Plaintiffs

2475618

# EXHIBIT A

1920270

RETURN OF SERVICE

I, the undersigned, being at least 18 years of age, declare under penalty of perjury that I served this:
Summons, Complaint
of which this is a true copy, on the named party(s) in the manner(s) indicated below:
Name of Person Served: Extreme Granite Inc c/o Rodney Pobar, Agent
Address of service: 46717 Sundance Trail, Parker, CO 80138
( ) by delivering it to the person(s) identified to me as: _____

If the person on whom service was made is not the named party to be served, I served the above named documents in the following manner:

( ) by leaving it with _____, relationship _____ who refused service.
( ) by leaving it with a person of suitable age and discretion at the party's residence or business:
   name: _____, relationship _____
( ) I have made diligent efforts but have been unable to make personal service therefore I have made service
   on _____ by posting a copy of it in a conspicuous place upon the premises described therein.
(✓) I attempted to serve the defendant on  2  occasions but have not been able to locate the defendant.
   Return to the client is made on  3/20 , 2008 (date)
Property has a locked gate across driveway + 6 huge dogs wandering acreage. 3/4/08 5:00pm and 3/9/08 10:00 Am

Executed on  3/20 , 2008,  10:00 pm, time, at the City of  Parker .
County of  Douglas , State of Colorado.

Process server: Lori J Simpson    Fee$ 50.00
Lori Simpson of Aces High Special Investigation Services, Douglas County, Colorado
P.O. Box 686, Parker, CO 80134
Telephone: 303-805-5216

Submitted and affirmed, or sworn to before me in the County of  Douglas , State of
 CO , this  20th  day of  March , 2008 .

My commission expires:  4/1/12     Notary Public

[Notary seal: PHILLIP W. STERLING, NOTARY PUBLIC, STATE OF COLORADO]

# EXHIBIT B

1920270

RETURN OF SERVICE

I, the undersigned, being at least 18 years of age, declare under penalty of perjury that I served this:
__Summons & Complaint__
of which this is a true copy, on the named party(s) in the manner(s) indicated below:
Name of Person Served: __Extreme Granite Inc c/o Rodney Pobar, Agent__
Address of service: __794 Ventura St #C, Aurora, Co 80011__
( ) by delivering it to the person(s) identified to me as:_____

If the person on whom service was made is not the named party to be served, I served the above named documents in the following manner:

( ) by leaving it with _____, relationship _____ who refused service.
( ) by leaving it with a person of suitable age and discretion at the party's residence or business:
   name:_____, relationship_____
( ) I have made diligent efforts but have been unable to make personal service therefore I have made service
   on _____ by posting a copy of it in a conspicuous place
   upon the premises described therein.
(✓) I attempted to serve the defendant on __1__ occasions but have not been able to locate the defendant.
   Return to the client is made on __3/20__, 2008 (date)
__Unit is used as storage, no office here or anyone on the premise.__

Executed on __3/19__, 2008, __9:00 pm__ time, at the City of __Aurora__.
County of __Adams__, State of Colorado.

Process server: __Lori J Simpson__   Fee$ __—__
Lori Simpson of Aces High Special Investigation Services, Douglas County, Colorado
P.O. Box 686, Parker, CO 80134
Telephone: 303-805-5216

Submitted and affirmed, or sworn to before me in the County of __Douglas__, State of
__Co__, this __19th__ day of __March__, 20__08__.

My commission expires: __4/1/12__

[Notary seal: PHILLIP W. STERLING, NOTARY PUBLIC, STATE OF COLORADO]

Notary Public

# EXHIBIT C

1920270

**DICKSTEIN**SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

June 10, 2008

BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Extreme Granite, Inc.
794 Ventura Street, #D
Aurora CO 80011

Re:   Flynn et al., v. Extreme Granite, Inc., 07-0324 (RMU)

Dear Sir/Madam:

This firm represents the Bricklayers and Trowel Trades International Pension Fund ("IPF").

You are hereby served with process, pursuant to Rule 4(e)(1), Federal Rules of Civil Procedure and Colorado Revised Statutes 7-90-704, with the documents listed below in connection with the lawsuit filed on behalf of the IPF against Extreme Granite, Inc., in the United States District Court for the District of Columbia:

- A copy of the Summons
- A copy of the Complaint
- A Notice of Right to Consent to Trial Before United States Magistrate Judge
- An Initial Electronic Case Filing Order

Should you have any questions, please feel free to contact me at my number below, or my paralegal, Claudette Elmes, at (202) 420-4729.

Very truly yours,

*Ira R. Mitzner /by cme*

Ira R. Mitzner
(202) 420-2234
mitzneri@dicksteinshapiro.com

IRM/cme
Enclosures

DSMDB.2453069

Washington, DC | New York, NY | Los Angeles, CA

# EXHIBIT D

1920270



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Case No. 08-CV-0324 (RMU) <br> ) |
| EXTREME GRANITE, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

### ORDER

Upon consideration of Plaintiffs' Motion and Incorporated Memorandum in Support Thereof for Entry of Default Against Defendant, the Court finds that good cause has been shown for the granting of this motion.

**ACCORDINGLY**, it is hereby

**ORDERED** that the Motion be, and it hereby is, **GRANTED**, and further

**ORDERED** that the Clerk of this Court shall enter default against Defendant, Extreme Granite, Inc.

**SO ORDERED** this _____ day of July, 2008.

_____
Ricardo M. Urbina
United States District Judge

2475676

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 08-CV-0324 (RMU) |
| EXTREME GRANITE, INC., | ) ) ) |
| Defendant. | ) ) |

## **LOCAL RULE 7(K) STATEMENT**

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esquire
    Charles V. Mehler III, Esquire
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006-5403

    Extreme Granite, Inc.
    c/o Rodney Pobar, Agent for Service of Process
    46717 Sundance Trail
    Parker, CO 80138

    Extreme Granite, Inc.
    794 Ventura Street, #D
    Aurora, CO 80011

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Incorporated Memorandum in Support Thereof for Entry of Default Against Defendant was served by first class mail, postage prepaid, this 25h day of July 2008, upon:

> Extreme Granite, Inc.
> c/o Rodney Pobar, Agent for Service of Process
> 46717 Sundance Trail
> Parker, CO  80138
>
> Extreme Granite, Inc.
> 794 Ventura Street, #D
> Aurora, CO  80011

_____
Chanda Morgan

2475669